United States Courts
Southern District of Texas
ENTERED

MAY 2 4 2002

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GEORGE BEASLEY, JR., et al. | § | Civil Action. G-01-318 |
| *Plaintiffs* | § | |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| HORIZON OFFSHORE CONTRACTORS, INC. | § | |
| *Defendant* | § | Collective Action |

## ORDER GRANTING JOINT MOTION REGARDING CERTIFICATION

Plaintiffs shall move for certification of a collective action on or before June 14, 2002.

Done this 23rd day of May, 2002.

The Honorable Samuel B. Kent
United States District Judge