IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 2 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GEORGE BEASLEY, JR., et al. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-01-318 |
| | § | |
| HORIZON OFFSHORE CONTRACTORS, | § | |
| INC., et al. | § | |

## ORDER

On the 1st day of October, 2002, the parties announced a complete settlement of all controversies herein existing. It is accordingly

**ORDERED, ADJUDGED** and **DECREED** that this cause is hereby ADMINISTRATIVELY CLOSED for a period of twenty (20) days. Either side may move to re-open within such time, for good cause shown.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the 1st day of October, 2002.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE