United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2003

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GEORGE BEASLEY, JR., on behalf of Himself and Others Similarly Situated<br>*Plaintiffs* | § § § § § § § § § § | CIVIL ACTION NO. G-01-318<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |
| v. | | |
| HORIZON OFFSHORE CONTRACTORS, INC.<br>*Defendant* | | |

## ORDER

IT IS HEREBY ORDERED that this matter be, and the same is hereby dismissed, with prejudice each party to bear his or its own costs.

Galveston, Texas, this ___ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE